# Court of Appeals
# of the State of Georgia

ATLANTA,  July 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1509.  JIMMY W. HANEY v. THE STATE.**

In 2011, Jimmy Haney pleaded guilty to three counts of child molestation and was sentenced to 20 years concurrently on each count, to serve three years in confinement and the remainder on probation.  The State alleged that Haney violated the sex offender special conditions of his probation and filed a petition to revoke his probation, which the trial court granted. The trial court ordered Haney confined for ten years and then returned to probation.  Following the revocation of his probation, Haney filed in the trial court a motion for credit for time served. The trial court denied this motion, and Haney appeals.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Haney's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).

We lack jurisdiction over his direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/05/2018__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*